329 U.S. 710
 67 S.Ct. 365
 91 L.Ed. 617
 Marvin GAYES, petitioner,
v.
The STATE OF NEW YORK.
 No. 405.
 Supreme Court of the United States
 December 16, 1946
 
 Petitioner pro se.
 Mr. Nathaniel L. Goldstein, Atty. Gen. of New York, for respondent.
 
 
 1
 The motion for leave to proceed in forma pauperis is granted. The petition for writ of certiorari to the County Court of Monroe County, State of New York, is also granted. It is ordered that Herbert Wechsler, Esquire, of New York City, a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.